# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| CRYSTAL CHARMAINE PATCHEN; and DEBRA P. WIGGINS, | *<br>*<br>* |
| Plaintiff, | *    CIVIL ACTION NO.: 2:17-cv-62 |
| v. | * |
| JEFF EVANS; et al., | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Plaintiffs failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiffs' Complaint and **DENIES** Plaintiffs *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA